UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KARINA TORRES, on behalf of herself and all other persons similarly situated,

                      Plaintiff,

-against-

Case No. 21-cv-02351 (EK) (RER)

ULTIMATE CARE, INC., CHESTER SPITZER, and CAROL SHAFIR,

                      Defendants.

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This Court, having considered and inspected the Settlement Agreement and Wage and Hour Release between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved; and (2) the above-captioned action is hereby dismissed with prejudice in its entirety against Defendants with no award of attorneys' fees or costs to any party.

Respectfully submitted,

By: _____*Jeffrey M. Schlossberg*_____
Jeffrey M. Schlossberg, Esq.
JACKSON LEWIS P.C.

58 South Service Road, Ste. 250
Melville, New York 11747
*ATTORNEYS FOR DEFENDANTS*

By: _____*David Barnhorn*_____
David Barnhorn, Esq.
LAW OFFICE OF PETER A. ROMERO PLLC

490 Wheeler Road, Suite 250
Hauppauge, New York 11788
*ATTORNEYS FOR PLAINTIFFS*

SO ORDERED on this __7th__ day of __September__, 2022.

*Ramon E. Reyes, Jr.*
Hon. Ramon E. Reyes, U.S.D.J.

4884-6876-8042, v. 1

7